SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HARRIS**,<br><br>                Plaintiff,<br><br>        vs.<br><br>**HENRY'S TV; RICHARD C. JONES, AS TRUSTEE OF THE JONES FAMILY TRUST; and DOES 1 to 10**,<br><br>                Defendants. | Case No.: 5:25-cv-00549-SP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Harris ("Plaintiff") and Defendants Henry's TV and Richard C. Jones, as Trustee of the Jones Family Trust (individually and collectively "Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed without prejudice in its entirety.  Each party shall bear their own attorneys' fees and costs incurred herein.

**SO STIPULATED**.

DATED: April 18, 2025          **SO. CAL. EQUAL ACCESS GROUP**

By: _/s/ Jason J. Kim_
Jason J. Kim, Esq.
Attorney for Plaintiff,
**Michael Harris**

DATED:  April 18, 2025          **THE KARLIN LAW FIRM LLP**

By:  _/s/ Dan T. Danet_
Dan T. Danet, Esq.
Attorney for Defendants,
**Henry's TV**
**Richard C. Jones**